UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAMIAN J. HUNTER,<br><br>    Petitioner,<br><br>    v.<br><br>STEWART SHERMAN, Warden,<br><br>    Respondent. | No. CV 17-6107-DOC (AGR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire file de novo, including the magistrate judge's Report and Recommendation. No objections to the Report have been filed. The Court agrees with the recommendation of the magistrate judge.

IT IS ORDERED that Petitioner's motion for stay is DENIED.

DATED: January 30, 2019

DAVID O. CARTER
United States District Judge