UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAMIAN J. HUNTER,<br><br>    Petitioner,<br><br>    v.<br><br>STEWART SHERMAN, Warden,<br><br>    Respondent. | No. CV 17-6107-DOC (AGR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire file de novo, including the magistrate judge's Report and Recommendation. No objections to the Report have been filed. The Court agrees with the recommendation of the magistrate judge.

IT IS ORDERED that the Petition for Writ of Habeas Corpus is denied as follows:

    (1)    Grounds One, Two and Three are denied and dismissed with prejudice, and

    (2)    Grounds Four, Five, and Six are dismissed without prejudice as unexhausted.  .

DATED: April 9, 2020

                                                      DAVID O. CARTER<br>                                          United States District Judge