# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAMIAN J. HUNTER,<br><br>　　　　Petitioner,<br><br>　v.<br><br>STEWART SHERMAN, Warden,<br><br>　　　　Respondent. | NO. CV 17-6107-DOC (AGR)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition For Writ of Habeas Corpus in this matter is denied and dismissed as follows:

(1) Grounds One, Two and Three are denied and dismissed with prejudice, and

(2) Grounds Four, Five, and Six are dismissed without prejudice as unexhausted.

DATED: April 9, 2020

_____
DAVID O. CARTER
United States District Judge